UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
MINNEAPOLIS DIVISION

In re:

Vladimir Petrovich Koop

Chapter 13
Case No. 17-43824 RJK

Debtor.
_____

**ORDER GRANTING RELIEF FROM STAY**

This case is before the court on the motion of Lakeview Loan Servicing, LLC as serviced by M&T Bank, for relief from the automatic stay imposed by 11 U.S.C. § 362(a).

Based on the record, the court finds that grounds exist under 11 U.S.C. § 362(d) to warrant relief.

**IT IS ORDERED**:

1. The motion for relief from stay is granted as follows.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is terminated such that the movant may exercise its rights and remedies under applicable non-bankruptcy law with respect to the following property:

> LOT ELEVEN (11), BLOCK ONE (1), OF OAK MANOR FIRST ADDITION, WRIGHT COUNTY, MINNESOTA. SUBJECT TO EASEMENTS, RESERVATIONS AND RESTRICTIONS OF RECORD, IF ANY.

3. Notwithstanding Fed. R. Bankr. P. 4001(a)(3), this order is effective immediately.

Dated: August 2, 2018

/e/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/02/2018
Lori Vosejpka, Clerk, by LH